ERNEST AUGUSTUS KIRCHHOF and Another, Respondents, v. WILLARD D. RAMSEY and Others, Defendants, Impleaded with LENOX A. RAMSEY, Appellant.— Plaintiffs, purchasers at a sale in mortgage foreclosure of premises which were the subject of this action, have recovered a judgment " That none of the defendants have any right, title or interest in and to any of the property bequeathed to said Willard D. Ramsey in and by the third clause of the Last Will and Testament of Asa W. Brayton, deceased." The defendant Lenox A. Ramsey has appealed from the judgment. He is the son of the defendant Willard D. Ramsey, the person mentioned in the devise. The question involved is whether the will devises to Willard D. Ramsey the fee of certain real estate or merely a life estate, with a remainder to Lenox A. Ramsey. The clause is as follows: " To my grand-son Willard D. Ramsey, I give & devise a part of my farm [here follows the description and a requirement as to the payment by the devisee of a legacy charged against the land]. The above lands here described & devised to Willard D. Ramsey is not free without or from conditions and here I make the conditions below. Willard D. Ramsey shall not sell said lands nor any part of them without the consent of my executors. And I hereby devise one other piece of land to Willard D. Ramsey, the wood lot [describing it] — But if so be that Willard D. Ramsey shall die & become extinct before a lawful heir is born unto him, then the above described lands shall be sold & the net proceeds shall be divided among all of my heirs. [Naming them.] But no person whatever shall take or get away from Willard D. Ramsey any of these lands for any debt of his contracting whatever, They shall be kept expressly for him to get his living off from them without my executors shall think it best to dispose of them or have Willard dispose of them." Judgment affirmed, with costs. McNamee, Crapser and Bliss, JJ., concur; Hill, P. J., dissents, with an opinion (which is not to be published because not of general interest), in which Rhodes, J., concurs. [151 Misc. 142.]

SAVERIO COPPOLO and Another, Respondents, v. CITY OF SCHENECTADY, Appellant.— This is an appeal by the city of Schenectady from a judgment decreeing the specific performance of a contract for the purchase of real property. The city through its common council adopted appropriate resolutions for the purchase of plaintiffs' lands for a fire station at a price not to exceed $13,000. The board of estimate and apportionment of the city approved and adopted these ordinances and the purchase price. Plaintiffs delivered to the city's officers a deed of the premises duly executed together with an abstract of title and tax searches. These papers were approved by the corporation counsel and delivered to the comptroller of the city. That official declined to make payment claiming that no appropriation had been made for that purpose. Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of SALVATORE DE AGOSTINO, Respondent, against ASSOCIATED OPERATING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant received an injury to his right leg. He developed swelling and inflammation of the right knee joint, and elephantiasis. Award was made for reduced earnings. Appellants claim that the injury was confined entirely to the right leg, and that the award should have been a schedule award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.